UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-00102-WLH-PD                    Date: January 30, 2026

Title    *Luis Robert Cruz Garcia v. Department Homeland Security*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

N/A                                          N/A

**Proceedings (In Chambers):**      **Order to Show Cause Why Unopposed Petition Should Not Be Granted**

On January 7, 2026, Luis Roberto Cruz Garcia ("Petitioner"), filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE") in Adelanto, California.  Dkt. No. 1.  Petitioner alleges that he was granted withholding of removal on August 31, 2014, that ICE served him with "an improper notice to appear", Dkt. No 1 at 6, that he was taken into immigration custody on August 27, 2025, and that his continued detention has been longer than reasonably necessary to effect removal and is unconstitutional.

On January 12, 2026, the Court issued an Order Requiring Response to Petition.  Dkt. No. 5.  The Court's records show that the Order Requiring Response to Petition was electronically mailed to the following: "OIL-DCS Trial Attorney" at caseview.ecf@usdoj.gov; oil-dcs.cacd@usdoj.gov; usacac.habeas@usdoj.gov; and "Assistant 2241-194 US Attorney LA-CV" at caseview.ecf@usdoj.gov, usacac.habeas@usdoj.gov, and usacac.civil@usdoj.gov.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-00102-WLH-PD                           Date: January 30, 2026

Title       *Luis Robert Cruz Garcia v. Department Homeland Security*

Respondent was ordered to file a Notice of Appearance by January 15, 2026, and a response to the Petition by January 26, 2026.  Dkt. No. 5.

To date, Respondent has failed to file a Notice of Appearance or response to the Petition.

The Court Hereby Orders Respondent to show cause in writing by no later than **February 5, 2026**, why the Petition should not be granted.

**IT IS SO ORDERED**.